JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO MONTES-SANCHEZ, | Case No. CV 12-11047-CJC (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LINDA MCGREW, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: May 14, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE