JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO MONTES-SANCHEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LINDA MCGREW, Warden,<br><br>　　　　　　Respondent. | Case No. CV 12-11047-CJC (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: May 14, 2013

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE